UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey W. Tverberg,　　　　　　　　　　　　　Case No. 16-cv-0305 (WMW/SER)

　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT AND**
　　　　　　　　　　　　　　　　　　**RECOMMENDATION**

Carolyn W. Colvin, Acting Commissioner
of Social Security,

　　　　　　　　Defendant.

---

This matter is before the Court on the December 19, 2016 Report and Recommendation of United States Magistrate Judge Steven E. Rau. (Dkt. 20.) No objections to the Report and Recommendation have been filed in the time period permitted. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

　　1.　　The December 19, 2016 Report and Recommendation, (Dkt. 20), is **ADOPTED**;

　　2.　　Plaintiff Jeffrey W. Tverberg's motion for summary judgment, (Dkt. 14), is **DENIED**; and

    3.    Defendant Carolyn W. Colvin's motion for summary judgment, (Dkt. 17), is **GRANTED**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 9, 2017

s/Wilhelmina M. Wright  
Wilhelmina M. Wright  
United States District Judge